PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH CASTILLO, | Case No. 2:16-cv-0953-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file the Certified Administrative Record and the Answer to Plaintiff's Complaint with the Court by 30 days to September 15, 2016, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.

    There is good cause for this extension because counsel for Defendant has been informed that the Office of Disability Adjudication and Review has not prepared a certified administrative record for this case, and requires additional time to prepare the certified administrative record.

Should this Court grant the request for extension, Defendant will file the Answer to Plaintiff's Complaint and the certified administrative record with the Court by September 15, 2016.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *August 11, 2016*                LAW OFFICE OF PETER BRIXIE

By:   */s/ Asim H. Modi  for Peter Brixie*\*
      PETER BRIXIE
      *\*Authorized by email on August 11, 2016*
      Attorneys for Plaintiff

Date: *August 11, 2016*                PHILLIP A. TALBERT
                                       Acting United States Attorney
                                       DEBORAH LEE STACHEL
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

By:   */s/ Asim H. Modi*
      ASIM H. MODI
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  August 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE