PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH CASTILLO, ) | Case No. 2:16-cv-0953-CKD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND BRIEFING SCHEDULE** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file the Certified Administrative Record and the Answer to Plaintiff's Complaint with the Court by 14 days to September 29, 2016, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's second request for an extension of time in this matter.

    There is good cause for this extension because counsel for Defendant has been informed that the Social Security Administration's Office of Disability Adjudication and Review remains unable to complete a Certified Administrative Record for this case.  Specifically, the Office of Disability Adjudication and Review requires additional time to obtain and finalize the verbatim

1  transcript from Plaintiff's hearing before the administrative law judge in order to complete the
2  Certified Administrative Record for the instant appeal.  Should this Court grant the request for
3  extension, Defendant will file the Answer to Plaintiff's Complaint and Certified Administrative
4  Record with the Court by September 29, 2016.
5         This stipulation is filed in good faith and is not intended to unnecessarily delay these
6  proceedings.  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any
7  inconvenience caused by this extension.

                                        Respectfully submitted,

Date: <u>September 12, 2016</u>          LAW OFFICE OF PETER BRIXIE

                              By:   <u>/s/ Asim H. Modi  for Peter Brixie*</u>
                                    PETER BRIXIE
                                    *Authorized by email on September 12, 2016
                                    Attorneys for Plaintiff

Date: <u>September 12, 2016</u>          PHILLIP A. TALBERT
                                         Acting United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                              By:   <u>/s/ Asim H. Modi</u>
                                    ASIM H. MODI
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

                                        ORDER

        APPROVED AND SO ORDERED

Dated:  September 13, 2016
                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE