PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for JOSEPH CASTILLO**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CASTILLO<br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　Defendant | CASE NO.:   2:16-CV-00953-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of December 12, 2016.  The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1 | This is the 1st request for extension by plaintiff.

3 | Dated: 11/1/2016          /s/ *Peter Brixie*
                              PETER BRIXIE
4 |                           Attorney at Law
                              Attorney for Plaintiff

7 | Dated: 11/1/2016          /s/ Asim Modi
                              ASIM MODI
                              Special Assistant U. S. Attorney
8 |                           Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated:  November 4, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION