PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415-977-8952
Facsimile: 415-744-0134
Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:16-cv-0953-CKD<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her motion for summary judgment with the Court by **30 days** to **January 23, 2017**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's third request for an extension of time in this matter, but her first request for an extension of time to file her motion for summary judgment.[1]

[1] Defendant obtained two prior extensions to allow the Social Security Administration's Office of Disability Adjudication and Review sufficient time to prepare a complete and accurate certified administrative record for this case.

There is good cause for this extension request. In particular, because counsel for Defendant will be out of the office on scheduled leave from December 26, 2016, through January 10, 2017, there are workload issues that preclude filing the summary judgment motion by the currently scheduled deadline. Counsel for Defendant is currently responsible for drafting an appellate brief in a Social Security matter before the Ninth Circuit by December 23, 2016; counsel for Defendant is also responsible for briefing two other Social Security cases before the Ninth Circuit. Additionally, counsel for Defendant is currently responsible for drafting substantive pleadings before the district courts within the Seventh and Ninth Circuit, negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act, and conducting discovery and preparing for a hearing in personnel litigation pending before the Merit Systems Protection Board.

This stipulation is filed in good faith and is not intended to unnecessarily delay these proceedings. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Respectfully submitted,

Date: *December 21, 2016*

LAW OFFICE OF PETER BRIXIE

By: *_/s/ Asim H. Modi for Peter Brixie*_*

PETER BRIXIE
*Authorized by email on December 21, 2016*
Attorneys for Plaintiff

Date: *December 21, 2016*

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: *_/s/ Asim H. Modi_*

ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: January 4, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE